JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| ZEHAO DING,<br>Petitioner,<br>v.<br>WARDEN, ADELANTO DETENTION FACILITY, et al.,<br>Respondents. | No. 5:26-cv-04907-BFM<br>**JUDGMENT** |

Pursuant to the Order Denying Petition (ECF 13), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petition (ECF 1) is denied without prejudice. The Court directs the Clerk of Court to close this case.

DATED: September 18, 2026

HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE